**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and BIC CORPORATION, a Connecticut corporation,<br>Plaintiffs,<br>v.<br>JACOB ALLOS, an individual; JOSEPH ALLOS, an individual; HUSTLER'S WAREHOUSE LLC, a Michigan limited liability company; MIDWEST SUPPLY DISTRIBUTION LLC, a Michigan limited liability company; and DOES 1-10,<br>Defendants. | **The Honorable Lauren King**<br>**NO. 2:25-cv-1302**<br>**STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL OF COUNTERCLAIMS AGAINST BIC CORPORATION**<br>***NOTED FOR HEARING: July 17, 2026*** |

## I. STIPULATION

It is stipulated by and between the parties hereto, through their respective counsel, that the counterclaims asserted in this action by Defendants/Counter-Plaintiffs HUSTLER'S WAREHOUSE, LLC and MIDWEST SUPPLY DISTRIBUTION, LLC against Plaintiff/Counter-Defendant BIC CORPORATION, shall be dismissed with prejudice.

//

//



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

DATED this 30th day of June, 2026

By: */s/Arnold S. Weintraub*
Arnold S. Weintraub (P22127)
The Weintraub Group, P.L.C.
Attorney for Defendants
18000 W. Nine Mile Road, Ste. 760
Southfield, MI 48075
(248) 809-2005
aweintraub@weintraubgroup.com

By: /s/David Vaz
David Vaz, WSBA #60480
Tomlinson Bomsztyk Russ
Local Counsel
Attorney for Defendants
1000 2nd Ave., Ste. 3660
Seattle, WA 98104
(206) 621-1871
dv@tbr-law.com

By: */s/ Scott Commerson*
Scott Commerson, WSBA #58085
Davis Wright Tremaine, LLP
Attorney for Plaintiffs
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
(213) 633-6800
scottcommerson@dwt.com

## II. ~~(PROPOSED)~~ ORDER

THIS MATTER having come before the Court upon the stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the counterclaims asserted by Defendants/Counter-Plaintiffs HUSTLER'S WAREHOUSE, LLC and MIDWEST SUPPLY DISTRIBUTION, LLC against Plaintiff/Counter-Defendant BIC CORPORATION, are dismissed with prejudice

**DATED** this 20th day of July, 2026.

**THE HONORABLE LAUREN KING**
**UNITED STATES DISTRICT JUDGE**



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660, Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907